UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2699
---

Colton

vs.

Logan, et al.

Andre Colton #EB-3790, Appellant

(Western District of Pennsylvania Civil No. 00-cv-00110)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: August 2, 2005
cc:
  Andre Colton #EB-3790
  Bryan Campbell, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk