OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

# United States Court of Appeals

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

Pittsburgh _____ District Court        Date___10/12/05_____
 (District)

Colton v. Logan _____        C. of A. Nos. 05-2699 ____
 (Caption)

Andre Colton _____
 (Appellant)

00-cv-00110 _____
 (D.C. No.)

Enclosures:

 __10/12/05_____ Certified copy of C. of A. Order by the Court/**Clerk**
 (Date)

*__XXX_____  **Record**

*_____ Supplemental Record (First) (Second) (Third)

*_____ Exhibits

*_____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____
 _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
 is recalled.

            Carmella L. Wells_____ (267)-299-_4928____
             Deputy Clerk        Telephone Number

        *_____ (267)-299-_____
             Record Processor      Telephone Number

RECEIVED

Receipt Acknowledge:

_____  17 2005

 (Name)

CLERK, U.S. DISTRICT COURT
_____  WEST. DIST. OF PENNSYLVANIA
 (Date)
Rev. 3/13/00
Appeals (Record)