

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
U.S. POST OFFICE & COURTHOUSE
700 GRANT STREET
PITTSBURGH, PENNSYLVANIA 15219-1906

CHAMBERS OF
JUDGE TERRENCE F. McVERRY

(412) 208-7495

December 19, 2005

Bryan Campbell
220 Grant Street
6th Floor
Pittsburgh, PA 15219

RE:    Colton v. Logan
        Civil Action 00-110

Dear Mr. Campbell:

      Enclosed are the exhibits that were presented as evidence before Judge McVerry at Trial held on April 20, 2004.

Defendant's Exhibits

Sincerely,

*Kelly LaMantia* (signature)

Kelly LaMantia
Courtroom Deputy to Judge
Terrence F. McVerry

Please sign and file.